VARGAS, RECURRENTE, v. EL REGISTRADOR DE GUAYAMA,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de una escritura de venta judicial de crédito hipotecario.

No. 224.—Resuelto en abril 6, 1915.

Resuelto por los fundamentos de las opiniones emitidas en los casos Nos. 222, *Dumas v. El Registrador de Guayama*, pág. 291, y 223 *Monge v. El Registrador de Guayama*, pág. 294.

Abogado del recurrente: *Sr. Salvador Picornell.*

El Registrador recurrido Sr. Felipe Cuchí Arnau, no compareció.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.